**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 21-6873

TERRON GERHARD DIZZLEY,

        Plaintiff - Appellant,

    v.

MELVIN GARRETT, Investigator, Georgetown County,

        Defendant - Appellee.

Appeal from the United States District Court for the District of South Carolina, at Charleston. R. Bryan Harwell, Chief District Judge. (2:19-cv-00530-RBH)

Submitted: January 31, 2022                 Decided: February 2, 2022

Before WILKINSON and KING, Circuit Judges, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Terron Gerhard Dizzley, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Terron Gerhard Dizzley appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his 42 U.S.C. § 1983 action as time-barred. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court and deny Dizzley's motion for this court to take original jurisdiction. *Dizzley v. Garrett*, No. 2:19-cv-00530-RBH (D.S.C. May 18, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*